# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR JAYS MUSIC COMPANY<br><br>PLAINTIFF(S)<br><br>v.<br><br>APPLE INC , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:19–cv–07952–CJC–MAA<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 9/13/2019 | 1 | Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

The case initiating documents: Civil Cover Sheet, Notice of Interested Parties and Report on Filing of Copyright Action were incorrectly filed as attachments. Please utilize CM/ECF resources such as the search tool to locate the appropriate events for filing. No further action is required unless directed by the Court.

Clerk, U.S. District Court

Dated: September 17, 2019          By: /s/ *Jeannine Tillman  jeannine_tillman@cacd.uscourts.gov*
                                       Deputy Clerk