# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR JAYS MUSIC COMPANY<br><br>PLAINTIFF(S)<br><br>v.<br><br>APPLE INC , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:19–cv–07952–CJC–MAA<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|   9/13/2019   |   1   |   Request for Summons   |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**




*Other Error(s):*

The Summons Request was filed under the incorrect event. The correct event is: Civil Events>Service Documents>Service/Waivers of Summons and Complaints>Summons Request.

The summons cannot be issued until this defect has been corrected. Please correct the defect and re–file your summons request.

Clerk, U.S. District Court

Date: September 17, 2019

By:  /s/ *Jeannine Tillman*
 *jeannine_tillman@cacd.uscourts.gov*
Deputy Clerk

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –