# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Four Jays Music Company | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:19-cv-07952 FMO (MAAx) |
| v. | |
| Apple Inc et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES) |
| DEFENDANT(S). | |

**TRANSFER ORDER DECLINED**

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

_____          _____
Date                              United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Different parties; different copyrights; no substantial duplication of effort if heard by a different Judge.

_____

_____

_____

September 24, 2019                 John F. Walter /s/
Date                               United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:19-cv-04073 JFW (RAOx)  and the present case:

☑ A.   Arise from the same or closely related transactions, happenings or events; or
☑ B.   Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ .

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because the documents are routed to the assigned judges by means of these initials

cc:  ☐ *Previous Judge*    ☐ *Statistics Clerk*

CV-34 (03/19)          ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03  (Related Cases)