JS-6
CLERK, U.S. DISTRICT COURT
9/24/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR JAYS MUSIC COMPANY,<br><br>       v.                    Plaintiff(s)<br><br>APPLE, INC., et al.,<br><br>                              Defendant(s). | CASE NUMBER<br><br>2:19-cv-07952-FMO-MAA<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Giskan, Oren S.                                                   of   Giskan Solotaroff & Anderson LLP
*Applicant's Name (Last Name, First Name & Middle Initial*              90 Broad Street, 10th Floor
(212) 847-8315            (646) 520-3237                                New York, NY  10004
*Telephone Number*        *Fax Number*
ogiskan@gslawny.com
                *E-Mail Address*                                        *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

FOUR JAYS MUSIC COMPANY

*Name(s) of Party(ies) Represent*         _X_ Plaintiff(s)  __ Defendant(s)  __
*Other:*

**and designating as Local Counsel**

Hyman, Allen                                                      of   LAW OFFICES OF ALLEN HYMAN
*Designee's Name (Last Name, First Name & Middle Initial*               10737 1/2 Riverside Drive
73371            (818) 763-4676        (818) 763-4676                   N. Hollywood, CA  91602
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

                *E-Mail Address*                                        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

X GRANTED
__ DENIED:  __ for failure to pay the required fee.
            __ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            __ for failure to complete Application:
            __ pursuant to L.R. 83-2.1.3.2: __ Applicant resides in California; __ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            __ pursuant to L.R. 83-2.1.3.4; Local Counsel: __ is not member of Bar of this Court; __ does not maintain office District.
            __ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** __ be refunded  __ not be refunded.

**Dated:**  September 24, 2019                                    /s/ Fernando M. Olguin, U.S. District Judge