Allen Hyman (California State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, CA 91602
Phone: (818) 763-6289
Fax: (818) 763-4676
E-mail: lawoffah@aol.com

Oren S. Giskan (*Pro Hac Vice*)
GISKAN SOLOTAROFF & ANDERSON LLP
90 Broad Street, 10th Floor
New York, New York 10004
Phone: (212) 847-8315
Fax: (646) 520-3237
E-mail: ogiskan@gslawny.com

*Attorneys for Plaintiffs*
FOUR JAYS MUSIC COMPANY
and JULIA RIVA

SCOTT A. EDELMAN, SBN 116927
  sedelman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
Phone: (310)552-8500
Fax: (310)551-8741

*Attorneys for Defendant* APPLE INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR JAYS MUSIC COMPANY and JULIA RIVA,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., et al.,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-07952-FMO-MAA<br><br>Hon. Fernando M. Olguin<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>FAC served:  Oct. 30, 2019<br>Current response date:  Nov. 20, 2019<br>New response date:  Dec. 30, 2019 |

The undersigned counsel for Plaintiffs Four Jays Music Company and Julia Riva ("Plaintiffs") and Defendant Apple Inc. ("Apple," collectively with Plaintiffs, the "Stipulating Parties") hereby stipulate and agree as follows:

WHEREAS, Plaintiff Four Jays Music Company filed the above-captioned case on September 13, 2019;

WHEREAS, Plaintiff Four Jays Music Company never served the initial Complaint on Apple;

WHEREAS, on October 10, 2019, Plaintiff Four Jays Music Company and Defendants The Orchard Enterprises, Inc. and Orchard Enterprises, NY, Inc. (collectively, "The Orchard") stipulated to extend the date by which The Orchard was required to respond to the Initial Complaint until November 8, 2019;

WHEREAS, Plaintiffs filed a First Amended Complaint ("FAC") on October 25, 2019;

WHEREAS, on October 30, 2019, Plaintiffs served the FAC on Apple, making Apple's response to the FAC due on November 20, 2019;

WHEREAS, on November 8, 2019, Plaintiffs and The Orchard stipulated to extend the date by which The Orchard is required to respond to the FAC until December 30, 2019;

WHEREAS, Defendants Cleopatra Records Inc. and Google LLC waived service of summons, making their response to the FAC due on December 30, 2019;

WHEREAS, the Stipulating Parties respectfully submit that good cause exists for granting Apple until December 30, 2019 to serve its answer and/or respond to the FAC because, among other things, (i) the FAC identifies a new Plaintiff (Julia Riva) and a new Defendant (Google LLC); (ii) the FAC includes new claims against Apple for copyright infringement which will require additional time for Apple to investigate; (iii) Apple seeks to align its response deadline to the FAC with the response deadlines of its co-Defendants, and therefore the requested extension will serve the efficient disposition of this action; and (iv) Apple seeks an extension

generally commensurate with that otherwise allowed by Civil Local Rule 8-3;

WHEREAS, this is the Stipulating Parties' first request for an extension of Apple's time to respond to any complaint in this action;

WHEREAS, providing Apple additional time to answer or otherwise respond to the FAC will not alter the date of any other event or any other deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Stipulating Parties through their respective counsel, and jointly proposed to the Court for approval, that Apple's deadline to answer or otherwise respond to the FAC shall be December 30, 2019.

IT IS SO STIPULATED.

Dated:  November 13, 2019        Respectfully submitted,
                                 GISKAN SOLOTAROFF & ANDERSON LLP


                    By:    /s/ *Oren S. Giskan*

                           Oren S. Giskan (*Pro Hac Vice*)
                           GISKAN SOLOTAROFF & ANDERSON LLP
                           90 Broad Street, 10th Floor
                           New York, New York 10004
                           Phone: (212) 847-8315
                           Fax: (646) 520-3237
                           E-mail: ogiskan@gslawny.com

                           Allen Hyman (California State Bar No. 73371)
                           LAW OFFICES OF ALLEN HYMAN
                           10737 Riverside Drive
                           North Hollywood, CA 91602
                           Phone: (818) 763-6289
                           Fax: (818) 763-4676
                           E-mail: lawoffah@aol.com

                           *Attorneys for Plaintiff*
                           FOUR JAYS MUSIC COMPANY and
                           JULIA RIVA

| | | |
|---|---|---|
| 1 | Dated: November 13, 2019 | Respectfully submitted,<br>GIBSON, DUNN & CRUTCHER LLP |
| 2 | | |
| 3 | By: | /s/ *Scott A. Edelman* |
| 4 | | Scott A. Edelman (SBN 116927)<br>sedelman@gibsondunn.com |
| 5 | | GIBSON, DUNN & CRUTCHER LLP<br>2029 Century Park East, Suite 4000 |
| 6 | | Los Angeles, CA 90067-3026<br>Phone: (310)552.8500 |
| 7 | | Fax: (310)551.8741 |
| 8 | | *Attorneys for Defendant* APPLE INC. |

**ATTESTATION REGARDING SIGNATURES**

I, Scott A. Edelman, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  November 13, 2019        By:   /s/ *Scott A. Edelman*
                                 Scott A. Edelman