FILED
CLERK, U.S. DISTRICT COURT

11/18/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR JAYS MUSIC COMPANY and JULIA RIVA,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE INC. et al.,<br><br>        Defendants. | Case No. 2:19-cv-07952-FMO-MAA<br><br>Hon. Fernando M. Olguin<br><br>**ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>FAC served:  Oct. 30, 2019<br>Current response date:  Nov. 20, 2019<br>New response date:  Dec. 30, 2019 |

It is hereby ordered that, for good cause shown, Apple Inc.'s deadline to respond to the First Amended Complaint shall be extended to December 30, 2019.

Dated: November 18, 2019

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1

**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**
Case No. 2:19-cv-07952-FMO-MAA