KENNETH L. STEINTHAL (Bar No. 268655)
 *ksteinthal@kslaw.com*
JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
THE ORCHARD ENTERPRISES, INC. AND
ORCHARD ENTERPRISES, NY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| FOUR JAYS MUSIC COMPANY and JULIA RIVA,<br><br>*Plaintiffs*,<br><br>v.<br><br>APPLE, INC., GOOGLE LLC, THE ORCHARD ENTERPRISES, INC., ORCHARD ENTERPRISES, NY, INC., and CLEOPATRA RECORDS, INC.<br><br>*Defendants*. | **Case No.**  2:19-cv-07952-FMO-MAA<br>*[The Honorable Fernando M. Olguin]*<br><br>**DECLARATION OF TUCKER MCCRADY IN SUPPORT OF DEFENDANTS THE ORCHARD ENTERPRISES, INC. AND ORCHARD ENTERPRISES, NY, INC.'S MOTION TO DISMISS OR TRANSFER**<br><br>Date: April 9, 2020<br>Time: 10:00 a.m.<br>Judge: The Honorable Fernando M. Olguin |

I, Tucker McCrady, declare and state as follows:

1. I am an employee of Orchard Enterprises NY, Inc. ("The Orchard," collectively with The Orchard Enterprises) and currently work in The Orchard's office in New York. I have been an employee of The Orchard since 2016, and my current title is Executive Vice President and General Counsel.

2. In my role as Executive Vice President and General Counsel and as part of my job duties, I am responsible for overseeing business and legal affairs matters and managing the Legal Department at The Orchard. In addition, I am knowledgeable about those persons employed by The Orchard with knowledge of The Orchard's music licensing agreements and royalty payment procedures, as well as other business and financial information related to The Orchard's music services. I also have knowledge as to where documents related to The Orchard's music services may be found, and where certain third-party companies (including some of their employees that have worked with The Orchard) are located.

3. I make this declaration in support of The Orchard's motion to dismiss or transfer this action to the United States District Court for the Southern District of New York.

4. My statements herein are based upon my personal knowledge and my review of certain business records that are prepared and maintained in the ordinary course of The Orchard's business. My personal knowledge of the facts stated herein is also informed by my discussions with other employees who have knowledge of or involvement with The Orchard's music licensing in the United States.

5. If called to do so, I could and would competently testify as to where documents and other relevant evidence may be found and where certain potential witnesses are located.

**The Orchard and Its Music Services**

6. The Orchard Enterprises is a Delaware corporation with its principal of business in New York. Orchard Enterprises, NY is a New York corporation with its

principal of business in New York.

7. The Orchard was founded in 1997 and is a music, film, and video distribution, marketing and sales company based out of New York.

8. The Orchard's global headquarters are in New York, New York. The Orchard had an office engaged solely in the motion picture business in California from November 10, 2014 to March 31, 2019, which was not involved in music licensing or music distribution activities. The Orchard sold this film industry office to a set of owners unaffiliated with The Orchard (or any of its affiliates) on March 31, 2019. There is also a subsidiary of The Orchard (RoyaltyShare, Inc.) that provides artist royalty statement preparation services to independent record companies. RoyaltyShare is located in southern California, but it is not involved in The Orchard's music licensing or distribution activities. As of March 31, 2019, The Orchard has no offices in California.

9. As of February 2020, The Orchard employed approximately 250 people at its New York City headquarters. The New York office is the hub of the company's music licensing operations. The most senior music licensing employees of The Orchard, including its General Counsel and VP of Catalog Development, as well as its VP of Client Acquisition & Retention, work in the New York office.

### The Orchard's U.S. Music Licensing Activities

10. All employees in The Orchard's U.S. music licensing team (*i.e.*, U.S.-based employees whose job duty is to negotiate music distribution licenses with its partner digital service providers) and operations team are based in New York. None of The Orchard's employees on the U.S. team responsible for negotiating music distribution deals with digital service providers works in California. All of The Orchard's contacts with music label Cleopatra Records, as well as with The Orchard's distribution partners Apple, Inc. and Google LLC, related to music distribution emanated from New York.

11. The Orchard employees who negotiate music licenses with the Harry Fox

Agency, Cleopatra Records, Inc., Apple, Inc. and Google LLC are all located in New York.

12. Relevant third parties are also located in New York. In particular, the Harry Fox Agency — the third party that The Orchard uses to obtain mechanical licenses (i.e., composition reproduction rights licenses associated with distribution of sound recordings) — is based in New York, New York. As far as I am aware, all personnel at the Harry Fox Agency that were involved in licensing or in licensing negotiations with The Orchard are located in New York.

### The Orchard's U.S. Music Licensing Team's Documents

13. All or nearly all documents concerning The Orchard's music licensing are stored electronically on The Orchard's various servers, none of which is located in California. Moreover, the custodians responsible for maintaining electronic versions of the documents used by The Orchard's music licensing team are primarily based in New York (with none in California). The individuals with knowledge about the contents of the documents are located in New York.

14. To the extent any hard copy documents concerning The Orchard's music licensing exist, they are stored in The Orchard's offices in New York.

\*   \*   \*

I declare under penalty of perjury that the foregoing is true and correct. Executed March 3, 2020 in New York, New York.

_Tucker McCrady_

Tucker McCrady