1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 **WESTERN DIVISION**

11

| | |
|---|---|
| 12 FOUR JAYS MUSIC COMPANY and JULIA RIVA, | **Case No.** 2:19-cv-07952-FMO-MAA<br>*[The Honorable Fernando M. Olguin]* |
| 13 | |
| 14 *Plaintiffs*, | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS AND MOTION TO TRANSFER** |
| 15 v. | |
| 16 APPLE, INC., GOOGLE LLC, THE ORCHARD ENTERPRISES, INC., ORCHARD ENTERPRISES, NY, INC., and CLEOPATRA RECORDS, INC. | *[Filed concurrently with Notice of Motion, Motion to Dismiss, and Memorandum of Points and Authorities]* |
| 17 | |
| 18 | |
| 19 *Defendants*. | |

20

21     On April 9, 2020 the motion of Defendants The Orchard Enterprises, Inc.

22 and Orchard Enterprises, NY, Inc. ("The Orchard") for dismissal of the First

23 Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and

24 (3), and motion to transfer to the Southern District of New York, was heard on

25 regular notice.

26     The Court, having considered the Motion and all papers filed in support of

27 and in opposition to the motion, and the arguments of counsel, and GOOD CAUSE

28 THEREFOR appearing, ORDERS as follows:

1.  The Motion is GRANTED;

2.  The case is transferred to the Southern District of New York;

3.  In the alternative, the First Amended Complaint is dismissed for want of personal jurisdiction and venue.

4.  Leave to amend the First Amended Complaint is DENIED.


**IT IS SO ORDERED.**


Dated: _____                    _____
                                          THE HONORABLE FERNANDO M. OLGUIN
                                          UNITED STATES DISTRICT JUDGE


Respectfully submitted:


By: */s/ Kenneth L. Steinthal*
    KENNETH L. STEINTHAL (Bar No. 268655)
     *ksteinthal@kslaw.com*
    JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
     *jakro@kslaw.com*
    KING & SPALDING LLP
    633 West Fifth Street, Suite 1600
    Los Angeles, CA 90071
    Telephone: (213) 443-4355
    Facsimile: (213) 443-4310

    Attorneys for Defendants
    THE ORCHARD ENTERPRISES, INC. AND
    ORCHARD ENTERPRISES, NY, INC.

2

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS