John Nadolenco (SBN 181128)
jnadolenco@mayerbrown.com
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

A. John P. Mancini (*Pro Hac Vice*)
jmancini@mayerbrown.com
Olena V. Ripnick-O'Farrell
oripnick-ofarrell@mayerbrown.com (*Pro Hac Vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10021
Telephone: (212) 506-2500
Facsimile: (212) 849-5895

*Attorneys for Defendant GOOGLE LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| FOUR JAYS MUSIC COMPANY, et al., | Case No. 2:19-cv-07952-FMO-MAA |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S APPLICATION TO FILE UNDER SEAL PORTIONS OF ITS FED. R. CIV. P. 12(B)(3) MOTION TO DISMISS, OR, IN THE ALTERNATIVE TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK** |
| v. | |
| APPLE INC., et al., | |
| Defendants. | |

# [PROPOSED] ORDER

Having considered Google's Application to File Under Seal Portions of its Motion to Dismiss for Improper Venue or, In the Alternative, Transfer Venue to the Southern District of New York (the "Motion to Dismiss"), the Court hereby ORDERS as follows:

The Application is GRANTED.

Pursuant to Local Rule 79-5.1, Defendant Google may file under seal the following documents:

1. <u>Exhibit A</u> to the Declaration of Waleed Diab (the "Diab Declaration"), a confidential agreement between Google and the Orchard (the "Agreement"); and

2. Portions of the Diab Declaration and the Motion to Dismiss that reference, describe or quote from the Agreement.

**IT IS SO ORDERED.**

Dated: _____   _____
Hon. Fernando M. Olguin
United States District Judge