John Nadolenco (SBN 181128)
jnadolenco@mayerbrown.com
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

A. John P. Mancini (*Pro Hac Vice*)
jmancini@mayerbrown.com
Olena V. Ripnick-O'Farrell
oripnick-ofarrell@mayerbrown.com (*Pro Hac Vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10021
Telephone: (212) 506-2500
Facsimile: (212) 849-5895

*Attorneys for Defendant GOOGLE LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| FOUR JAYS MUSIC COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., et al., <br><br> Defendants. | Case No. 2:19-cv-07952-FMO-MAA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK** |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

2    Having considered Google's Motion to Dismiss for Improper Venue or, In
3 the Alternative, Transfer Venue to the Southern District of New York (the "Motion
4 to Dismiss"), the Court hereby ORDERS as follows:
5    Pursuant to Fed. R. Civ. P. 12(b)(3), the First Amended Complaint is
6 dismissed WITH PREJUDICE.
7    **IT IS SO ORDERED.**

Dated: _____    _____
                                  Hon. Fernando M. Olguin
                                  United States District Judge