1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

8

## CENTRAL DISTRICT OF CALIFORNIA

9

10 FOUR JAYS MUSIC COMPANY, et al.,

Plaintiffs,                      Case No. 2:19-cv-7952-FMO-MAA

11

12 v.                                    [~~PROPOSED~~] **ORDER GRANTING STIPULATION AND REQUEST TO EXTEND TIME ON MOTIONS AND ADJOURN HEARING DATE**

APPLE INC., et al.,

13

Defendants.

14                                       Current Hearing Date:  April 9, 2020
                                         New Hearing Date:  May 14, 2020
15

16      Having considered the parties' Stipulation to Extend Time To Respond to the

17 Defendants' Motions to Dismiss and/or Transfer, the Court grants the application.

18 Plaintiffs shall have until **April 6, 2020** to Oppose the Motions and Defendants The

19 Orchard Enterprises, Inc., Orchard Enterprises NY and Google LLC shall have until

20 **April 24, 2020** to file their Replies in Support of the Motions. The hearing date for the

21 motions will be adjourned until **May 14, 2020**, at 10:00 a.m.

22                          It is so ordered.

23

24

Dated: March  6  , 2020                    /s/
25                                    _____
                                      The Honorable Fernando M. Olguin
26                                    United States District Judge

27

28

**[~~PROPOSED~~] ORDER GRANTING  STIPULATION AND REQUEST TO EXTEND TIME
ON MOTIONS AND ADJOURN HEARING DATE**
Case No. 19-CV-7952-FMO-MAA